

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00115-CR

---

TIMOTHY JAN LEFTWICH, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2021 F 00103

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Timothy Jan Leftwich challenges his convictions for the sexual assault of Amy Fike[1] in this case and two other companion cases.[2]  Leftwich alleges (1) that the evidence is insufficient to show he did not have consent at the time of the alleged offense and (2) that the trial court erred in refusing to allow Leftwich to cross-examine Fike about her affair with another person.  We addressed these issues in detail in our opinion in his companion appeal filed under cause number 06-23-00114-CR.  For the reasons stated therein, we overrule these issues and affirm his conviction in this case.

We affirm the trial court's judgment.


Charles van Cleef
Justice

Date Submitted:     January 31, 2024
Date Decided:       March 1, 2024

Do Not Publish

---

[1]The trial court used a pseudonym for the complainant, and we will use the same pseudonym.

[2]In companion cause numbers 06-23-00114-CR and 06-23-00116-CR, Leftwich appeals two other convictions for sexual assault arising out of the same facts.